**FILED**

June 10, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08-cr-543 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Dong Song, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   Dong Song   Case 2:08-cr-543 GEB   from

custody subject to the conditions contained in the attached "Notice to Defendant Being Released"

and for the following reasons:

   __ Release on Personal Recognizance

   __ Bail Posted in the Sum of _____

   X Secured bond in the amount of $275,000, all available equity in

    property owned by Summer Liang, with remaining balance in an

    unsecured bond co-signed by Summer Liang.

   __ Appearance Bond with 10% Deposit

   __ Appearance Bond secured by Real Property

   __ Corporate Surety Bail Bond

   X (Other) Pretrial conditions/supervision;

Issued at   Sacramento, CA   on 6/10/09   at  12:45 p.m.

By               

     Kimberly J. Mueller,
     United States Magistrate Judge