1  DONALD MASUDA, State Bar No. 096560
   Attorney at Law
2  KENNY N. GIFFARD, State Bar No. 101727
   Attorney at Law
3  2214 21st Street
   Sacramento, California 95818
4  Telephone: (916) 456-3030

5  Attorneys for Defendant
   DONG SONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  S-08-00543 GEB |
|---|---|
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE** |
| vs. | Date:  8-28-2009 |
| DONG SONG, et al, | Time:  9:00 a.m. |
| Defendants. | Judge:  Honorable Garland E. Burrell |

IT IS HEREBY STIPULATED between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Dong Song, Donald Masuda, Esq. and Kenny N. Giffard, Esq., that the status conference presently set for August 28, 2009, be continued to September 25, 2009, at 9:00 a.m., thus vacating the presently set status conference. Counsel for the parties agree that this is an appropriate exclusion within the meaning of Title 18, United States Code § 3161(h)(8)(iv) (continuity of counsel/reasonable time for effective preparation, specifically the defense needs additional time to review discovery

1

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE

1  and applicable case law concerning a proposed resolution by the People) and Local Code
2  T4, and agree to exclude time from the date of filing of the order herein until the date of
3  the next status conference set for September 25, 2009.
4  IT IS SO STIPULATED:
5  Dated: August 27, 2009                    LAWRENCE G. BROWN
                                              Acting United States Attorney
6
7                                             /s/ Michael M. Beckwith
8                                             _____
                                              MICHAEL M. BECKWITH
                                              Assistant United States Attorney
9
10 Dated: August 27, 2009
11
12                                            /s/ Kenny N. Giffard
13                                            _____
                                              KENNY N. GIFFARD
                                              Attorney for Defendant
14                                            Dong Song

2

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE

**PROPOSED ORDER**

GOOD CAUSE THERE APPEARING, it is hereby ordered that the August 28, 2009, status conference be continued to September 25, 2009, at 9:00 a.m. I find that the ends of justice warrant an exclusion of time and that the defendant's needs for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.

THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 from the date of this order to September 25, 2009.

IT IS SO ORDERED.

Dated: August 31, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge