1 DONALD MASUDA, State Bar No. 096560
Attorney at Law
2 KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
3 2214 21st Street
Sacramento, California 95818
4 Telephone: (916) 456-3030

5 Attorneys for Defendant
DONG SONG
6

7

8
IN THE UNITED STATES DISTRICT COURT
9
FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
UNITED STATES OF AMERICA,            Case No.  S-08-00543 GEB
12
         Plaintiff,                   STIPULATION AND (PROPOSED)
13                                    ORDER CONTINUING STATUS
                                      CONFERENCE
14  vs.
                                      Date:  03-12-2010
15 DONG SONG, et al,                  Time: 9:00 a.m.
                                      Judge:  Honorable Garland E. Burrell
16          Defendants.

17 _____/

18

19

20       IT IS HEREBY STIPULATED between the United States of America

21 through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney,

22 together with counsel for defendant Dong Song, Donald Masuda, Esq. and Kenny N.

23 Giffard, Esq., that the status conference presently set for March 12, 2010, be continued to

24 April 2, 2010, at 9:00 a.m., thus vacating the presently set status conference.  Counsel

25 for the parties agree that this is an appropriate exclusion within the meaning of Title 18,

26 United States Code § 3161(h)(8)(iv) (continuity of counsel/reasonable time for effective

27 preparation, specifically the defense needs additional time to review discovery and

28                                     1

1  applicable case law concerning a proposed resolution by the People) and Local Code T4,
2  and agree to exclude time from the date of filing of the order herein until the date of the
3  next status conference set for April 2, 2010.
4      Assistant United States Attorney Michael M. Beckwith has authorized this
5  counsel to sign his name on this Stipulation and Proposed Order.
6  IT IS SO STIPULATED:
7  Dated: March 11, 2010          BENJAMIN WAGNER
                                   United States Attorney
8
9                                  /s/  Michael M. Beckwith
                                   _____
10                                 MICHAEL M. BECKWITH
                                   Assistant United States Attorney
11
12
   Dated: March 11, 2010
13
14                                 /s/  Kenny N. Giffard
                                   _____
15                                 KENNY N. GIFFARD
                                   Attorney for Defendant
16                                 Dong Song

28                                 2

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE

**PROPOSED ORDER**

GOOD CAUSE THERE APPEARING, it is hereby ordered that the March 12, 2010, status conference be continued to April 2, 2010, at 9:00 a.m.  I find that the ends of justice warrant an exclusion of time and that the defendant's needs for continuity of counsel and reasonable time for effective preparation exceeds the public interest in a trial within 70 days.

THEREFORE IT IS FURTHER ORDERED that time be excluded pursuant to 18 U.S.C. § 3161 (h)(8)(B)(iv) and Local Code T4 from the date of this order to April 2, 2010.

IT IS SO ORDERED.

Dated:  March 15, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

3

STIPULATION AND (PROPOSED) ORDER CONTINUING STATUS CONFERENCE