1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )
                                  )  CR. S-08-543 GEB
12           Plaintiff,           )
                                  )  STIPULATION AND [PROPOSED] ORDER
13                                )  CONTINUING STATUS CONFERENCE AND
        v.                        )  EXCLUDING TIME
14                                )
   DONG SONG,                     )
15                                )
             Defendant.           )  Hon. Garland E. Burrell, Jr.
16 _____)

17

18      The parties request that the status conference currently set

19 for April 2, 2010, be continued to June 11, 2010, and stipulate

20 that the time beginning April 2, 2010, and extending through June

21 11, 2010, should be excluded from the calculation of time under

22 the Speedy Trial Act.  The parties submit that the ends of

23 justice are served by the Court excluding such time, so that

24 counsel for the defendant may have reasonable time necessary for

25 effective preparation, taking into account the exercise of due

26 diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

27 ///

28 ///

                                  1

1    The parties stipulate and agree that the interests of justice

2  served by granting this continuance outweigh the best interests

3  of the public and the defendant in a speedy trial.  18 U.S.C. §

4  3161(h)(7)(A).

5                                    Respectfully Submitted,

6                                    BENJAMIN B. WAGNER
                                     United States Attorney

7

8  Dated: March 30, 2010             By:/s/ Michael M. Beckwith
                                        MICHAEL M. BECKWITH
9                                       Assistant U.S. Attorney

10
   Dated: March 30, 2010             By:/s/ Kenny Giffard
11                                      KENNY GIFFARD
                                        Attorney for defendant
12                                      DONG SONG

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1

**ORDER**

2        For the reasons stated above, the status conference in case

3   number CR. S 08-543 GEB, currently set for April 2, 2010, is

4   continued to June 11, 2010; and the time beginning April 2, 2010,

5   and extending through June 11, 2010, is excluded from the

6   calculation of time under the Speedy Trial Act for effective

7   defense preparation.  The Court finds that interests of justice

8   served by granting this continuance outweigh the best interests

9   of the public and the defendant in a speedy trial.  18 U.S.C. §

10  3161(h)(7)(A) and (B)(iv).

11

12  IT IS SO ORDERED.

13  Dated:  March 31, 2010

14

15                                    _____
                                      GARLAND E. BURRELL, JR.
16                                    United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28