BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I St., Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2729

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. S-08-543 GEB |
| Plaintiff, | ) | |
| v. | ) | MOTION TO DISMISS INDICTMENT AND [PROPOSED] ORDER |
| DONG SONG, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court for an order dismissing the indictment against Dong Song in Case No. S-08-543 GEB.

The two-count indictment in that case charged the defendant with violating Title 21, Untied States Code, Sections 846 and 841(a)(1) – Conspiracy to Manufacture Over 1000 Plants of Marijuana Plants, and Manufacturing Over 100 Plants of Marijuana.

On June 11, 2010, Dong Song pleaded guilty to a superseding information charging a violation of Title 18, United States Code, Section 4 – Misprision of a Felony.  The defendant was recently sentenced for the crime charged in the superseding information.

///

1

At the sentencing hearing, the government forgot to dismiss the underlying indictment. As such, pursuant to the parties agreement, the government now asks the Court to dismiss that indictment.

DATE: September 16, 2010         BENJAMIN B. WAGNER
                                 United States Attorney

                            By: /s/ Michael M. Beckwith
                                 MICHAEL M. BECKWITH
                                 Assistant U.S. Attorney


**O R D E R**


APPROVED AND SO ORDERED:

Dated:  September 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge