DONALD MASUDA, State Bar No. 096560
Attorney at Law
KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorneys for Defendant
DONG SONG

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  S-08-00543 GEB |
|---|---|
| Plaintiff, | DECLARATION OF KENNY N. GIFFARD IN SUPPORT OF REQUEST FOR EXONERATION OF BOND AND PROPOSED ORDER |
| vs. | |
| DONG SONG, et al, | |
| Defendants. | |
| _____ / | |

I, KENNY N. GIFFARD, declare as follows:

1. I am counsel of record for Defendant DONG SONG in the above-entitled case.

2. Defendant, pursuant to the order of the Court, was committed on September 3, 2010, to the custody of the United States Bureau of Prisons for a total term of "time served." Hence he has fully served that ordered period of incarceration.

3. I am informed and believe and thereon allege that bond in the above-entitled matter has not been exonerated pursuant to Federal Rules of Criminal Procedure, Rule 46, subdivision (g).

1

---
DECLARATION AND PROPOSED ORDER FOR EXONERATION OF BOND

4. Bond had been previously set in the amount of $275,000.00 on March 2, 2009. Of that amount, the sum of $75,000.00 was to be secured by a deed of trust on real property.

5. I am informed and believe and thereon allege that there was no forfeiture of any of the bail in this matter and all conditions for exoneration of the bond, including that portion of the bond secured by real property pledged in this matter, have been met. Therefore, I request that the Court exonerate the bond and order that reconveyance be undertaken forthwith on the below-described real property:

> Lot 20, as shown on the "Amended Vesting Map of Subdivision No. 96-0480.2 Laguna Creek South Village 1B (294 B. M. 12)" filed in the Office of the County Recorder of Sacramento County, California, on March 6, 2002, in Book 295 of Maps, Page 1.  APN: 132-0730-075

6. Said real property is owned by Summer Liang.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 4th day of October, 2010, at Sacramento, California.

/s/ Kenny N. Giffard
_____
KENNY N. GIFFARD
Attorney for Defendant
Dong Song

2

DECLARATION AND PROPOSED ORDER FOR EXONERATION OF BOND

**PROPOSED ORDER**

GOOD CAUSE THERE APPEARING, it is hereby ordered that the appearance bond posted by Defendant Dong Song and Summer Liang, of which $75,000.00 was secured by a Deed of Trust to real property located in the County Of Sacramento, in the above-entitled matter, is hereby exonerated; the Clerk of this Court forthwith shall provide a Deed of Reconveyance of the Sacramento County property securing the bond to the sureties/trustors at the following mailing address:

Summer Liang, 9809 Valgrande Way, Elk Grove, California 95757.

IT IS SO ORDERED.

Dated: October 5, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge