UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M**

Honorable Garland E. Burrell
United States District Judge
Sacramento, California

                RE:    Dong SONG
                      Docket Number:   2:08CR00543-10
                      **PERMISSION TO TRAVEL**
                      **OUTSIDE THE COUNTRY**

Your Honor:

The releasee is requesting permission to travel to Qui Xa City, China.  He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On September 3, 2010, the offender pled guilty to a violation of 18 USC 4 - Misprision of a Felony.  In summary, Dong Song is alleged to have conspired with at least 11 other individuals in running a large marijuana grow operation which involved multiple homes throughout the Sacramento area.  Although officials did not believe Dong Song was an intrical part of the marijuana grow itself, he was seen under surveillance entering several of the homes, and thus, knew about the operation.

**Sentence imposed:**  The offender was sentenced to credit for time served, to be followed by 12 months of supervised release.

**Dates and Mode of Travel:**  The offender plans to depart on April 15, 2011, and return on May 15, 2011.

**Purpose:**  To attend his son's wedding and visit family and friends. According to the family, contact has been made with the U.S. Consulate and there are no provisions which would exclude Mr. Song from  traveling to China. It does not appear Mr. Song is a flight risk, as he has numerous family members, including immediate family, in the Sacramento area,

**RE:   Dong SONG**
**   Docket Number:   2:08CR00543-10**
**   <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

and he is gainfully employed as an In Home Care worker, where he cares for his elderly parents.

Respectfully Submitted,

/s/ Garey R. White
**GAREY R. WHITE**
**United States Probation Officer**

**DATED:**   April 4, 2011
     Sacramento, California
     GRW/sc

**REVIEWED BY:**   /s/ Michael A. Sipe
     **MICHAEL A. SIPE**
     **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved     X             Disapproved _____

**Dated:  April 6, 2011**

GARLAND E. BURRELL, JR.
United States District Judge